UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22858-KMM

LUIS ANTONIO QUIÑONES GARCIA,

           Plaintiff,

vs.

AH ENTERTAINMENT, INC., and
ILIANES RUIZ,

           Defendants.
_____/

**UNSWORN STATEMEN**

    I, LUIS ANTONIO QUIÑONES GARCIA, a resident and citizen of Carolina, Puerto Rico and Plaintiff in this present case filed against AH ENTERTAINMENT, INC. (d/b/a Flow la Movie), a Florida Corporation, and ILIANES RUIZ, Florida resident do hereby certify that:

1. My name and personal circumstances are as described above.
2. I have read and verify the Motion for Preliminary Injunction in its entirety and wholly approve of its content.
3. I also verify that, to the best of my knowledge and recollection, the factual allegations made in the complaint are true and correct.

    **28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that the present instrument was executed on September 7, 2022.

                                            _____
                                            Luis Antonio Quiñones Garcia